IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZACHARY J., through his
Parents JONATHAN and
JENNIFER J. of Lafayette Hill, PA

:
:
:
:   Civil Action
:
Plaintiffs       :
v.              :   No. 19-0652
:
COLONIAL SCHOOL DISTRICT     :
230 Flourtown Rd.,           :
Plymouth Meeting, PA 19462   :
:
Defendant       :   Hon. Mitchell S. Goldberg

**PLAINTIFFS' MOTION FOR**
**<u>JUDGMENT ON THE ADMINISTRATIVE RECORD</u>**

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs Zachary J., a minor child with disabilities, and his Parents Jonathan and Jennifer F., request that their Motion for Judgment on the Administrative Record be granted.

Respectfully submitted,

/s_____
John W. Goldsborough, Esquire
ID No. 73063
Michael J. Connolly, Esquire
ID No. 82065
Dennis C. McAndrews, Esquire
ID No. 28012

McANDREWS, MEHALICK, CONNOLLY,
HULSE, RYAN & MARONE P.C.
30 Cassatt Avenue
Berwyn, PA
(610) 648-9300 (phone)
(610) 648-0433 (fax)

Attorneys for Plaintiffs