IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY J., through his Parents JONATHAN and JENNIFER J. of Lafayette Hill, PA Plaintiffs v. COLONIAL SCHOOL DISTRICT 230 Flourtown Rd., Plymouth Meeting, PA 19462 Defendant | Civil Action No. 19-0652 Hon. Mitchell S. Goldberg |

### ORDER

And now, this _____ day of October, 2019, upon consideration of the parties' Cross-Motions for Judgment on the Administrative Record, it here hereby ORDERED that Plaintiffs' Motion is GRANTED and Defendant's Motion is DENIED.

BY THE COURT:

_____
Honorable Mitchell S. Goldberg,    J.