### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY J. | : | CIVIL ACTION |
| v. | : | |
| COLONIAL SCHOOL DISTRICT | : | NO.:  19-cv-0652 |

## O R D E R

**AND NOW**, this **2nd** day of **OCTOBER, 2019**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable Mitchell S. Goldberg, to the calendar of the Honorable John Milton Younge.

FOR THE COURT:


JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
KATE BARKMAN
Clerk of Court