# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY J., through his parents, | : | Civil Action |
| JONATHAN and JENNIFER J., | : | |
| | : | No. 19-0652 |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| COLONIAL SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | Hon. John Milton Younge |

## DEFENDANT, COLONIAL SCHOOL DISTRICT'S COMBINED OPPOSITION AND CROSS-MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

Defendant, Colonial School District opposes Plaintiffs' Motion for Judgment on the Administrative Record (ECF 15), and moves for Judgment on the Administrative Record in its own favor. The reasons in opposition and in support are stated in Defendant's Combined Brief, which is incorporated herein.

Wherefore, Defendant respectfully requests that Plaintiffs' Motion be denied and Defendant's Cross-Motion be granted.

SWEET, STEVENS, KATZ & WILLIAMS LLP

Date: October 31, 2019   By: /s/ Karl A. Romberger, Jr.
Karl A. Romberger, Jr., Esquire, Atty. I.D. #60636
331 Butler Avenue, P. O. Box 5069
New Britain, Pennsylvania 18901
(215) 345-9111 – t / (215) 348-1147 – f
Attorneys for Defendant,
*Colonial School District*