# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZACHARY J.**, through his parents, | : | Civil Action |
| **JONATHAN and JENNIFER J.**, | : | |
| | : | No. 19-0652 |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| **COLONIAL SCHOOL DISTRICT,** | : | |
| | : | |
| Defendant. | : | Hon. John Milton Younge |

## ORDER

AND NOW, this _____ day of _____ , 2020, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record (ECF 15) and Defendant's Combined Opposition and Cross-Motion for Judgment on the Administrative Record (ECF 17), **IT IS ORDERED** that:

1. Plaintiffs' Motion is DENIED, and

2. Defendant's Motion is GRANTED.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Defendant and against all Plaintiffs.

BY THE COURT

_____
John Milton Younge, J.