

30 Cassatt Avenue
Berwyn, PA 19312
Phone: 610-648-9300
Fax: 610-648-0433
www.mcandrewslaw.com

ATTORNEYS AT LAW

# McAndrews, Mehalick, Connolly, Hulse and Ryan P.C.

Dennis C. McAndrews *‡‡‡
  Founder
Katharine M. Ryan*
  Chief Executive Officer
Lesley M. Mehalick*, LL.M. †
  Supervising Partner
  Estates and Trusts
Michael J. Connolly*
  Supervising Partner
  Special Education
Heather M. Hulse*, M.A., M.S.
Caitlin E. McAndrews* †††
Joseph E. McGettigan III
Jennifer L. Simons
Alexander T. Corbin ‡
Jennifer P. Grobe ‡‡
Jessica L. Wilson
Kimberly A. Caputo
Danielle Friedman ‡‡
Jacqueline Lembeck ‡‡
Nancy E. Potter
Jillian F. Zacks
John W. Goldsborough ‡‡
Lindsey J. Conan, Of Counsel
Michael A. Cancelliere, Jr., Of Counsel

* Shareholder of the Firm
† Also Member of MD and VA Bars
‡ Member of DE Bar
‡‡ Also Member of NJ Bar
††† Also Member of MD, VA, DE and DC Bars
‡‡‡ Also Member of DC Bar

Jan Hardy
  Paralegal, Office Administrator
Elaine Gilmore
  Paralegal, Controller

September 26, 2021

The Honorable John Milton Younge
United States District Court for the
Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 4007
Philadelphia, PA 19106

**Re: Zachary J., et al., v. Colonial School Dist., No. 19-652**

Dear Judge Younge:

I write in a rough equivalent of Federal Rule of Appellate Procedure 28(j) ("Citation of Supplemental Authorities") in this administrative appeal, to bring to the Court's attention an opinion issued since the briefing in this matter was completed: that of the Honorable Gene E.K. Pratter in *M.D. et al. v. Colonial School District*, 2021 WL 1924083 (E.D. Pa., May 13, 2021).

In *M.D.*, the school district and private school were the same as in the case at hand. Several issues were identical or analogous to those before this Court, including whether the Colonial School District denied FAPE and owed the family tuition reimbursement. Judge Pratter correctly found Colonial had denied FAPE. She found AIM appropriate in light of the evidence in that matter, awarding tuition reimbursement. The evidence in the case at hand is even stronger.

I hope that *M.D.* is of some assistance to the Court.

Respectfully yours,

John W. Goldsborough, Esq.

cc: Karl Romberger, Esq.

Philadelphia        Wyomissing       Scranton         Wilmington       Metro Washington, DC
215-344-1476       610-374-9900     570-969-1817     302-380-4975     202-735-2300
                            Pittsburgh              Erie
                            412-313-5510            814-485-7100