# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY J., ET AL. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 19-0652-JMY |
| COLONIAL SCHOOL DISTRICT : | |
| : | |

## ORDER

**NOW**, this 24th day of February, 2022, upon consideration of the Motion for Judgment on the Administrative Record filed by Plaintiffs (ECF No. 15) and the Cross-Motion for Judgment on the Administrative Record filed by Defendant (ECF No. 19), and all papers submitted in support thereof and in opposition thereto, it is hereby ORDERED and DECREED that the Defendant's Motion is GRANTED and the Plaintiffs' motion is DENIED.

The Clerk of Court is DIRECTED to CLOSE this case.

**BY THE COURT:**

/s/ John Milton Younge
**JUDGE JOHN MILTON YOUNGE**