IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZACHARY J., through his Parents JONATHAN and JENNIFER J. of Lafayette Hill, PA | : : : : | |
| | : | Civil Action |
| Plaintiffs | : | |
| v. | : | No. 19-652 |
| | : | |
| COLONIAL SCHOOL DISTRICT 230 Flourtown Rd., Plymouth Meeting, PA 19462 | : : : : | |
| Defendant | : | |

## NOTICE OF APPEAL

Plaintiffs, Zachary J., through his Parents, Jonathan and Jennifer J. ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order, dated February 24, 2022, by the Honorable John Milton Younge, which granted Defendant's Motion for Judgment on the Administrative Record and denied Plaintiffs' Motion for Judgment on the Administrative Record.

Respectfully submitted,

/s/ Michael J. Connolly
Michael J. Connolly, Esquire
McAndrews, Mehalick, Connolly,
Hulse and Ryan P.C. Law Offices
30 Cassatt Avenue
Berwyn, PA 19312
Attorney ID# 73063
Counsel for Plaintiffs